UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

5:22-cv-79

| | |
|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VTM E-COMMERCE, LLC, AMV HOLDINGS, LLC, and John Does No. 1 through 10, individuals, <br><br> Defendants. | **COMPLAINT** <br><br> [JURY TRIAL DEMANDED] |

Plaintiff GRANT HEILMAN PHOTOGRAPHY, INC., maintaining its principal place of business at 506 West Lincoln Avenue, P.O. Box 317, Lititz, PA 17543, by and through undersigned counsel, brings this Complaint and Jury Demand against defendants VTM e-COMMERCE, LLC ("VTM"), maintaining its principal place of business at 130 Oak Park Drive, Suite A, Mooresville, NC 28115 and AMV HOLDINGS, LLC ("AMV"), maintaining its principal place of business at 130 Oak Park Drive, Suite A, Mooresville, NC 28115, and defendants John Does No. 1 through 10 (collectively, the "Doe Defendants") for damages, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff GRANT HEILMAN PHOTOGRAPHY, INC. ("Grant Heilman") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and publicly display Grant Heilman's original copyrighted works of authorship.

2. Grant Heilman is the world's premier collection of agricultural stock photography. More than 100 photographers contribute images of wildlife, horticulture, energy, and scientific images to Grant Heilman's archives.

3. Upon information and belief, Defendant VTM is a North Carolina limited liability company maintaining its principal office in Mooresville, North Carolina. A true and correct copy of VTM's entity information from the online database of the North Carolina Department of State, dated April 8, 2022, is attached hereto as **Exhibit 1**. On information and belief, VTM is doing business under the assumed name "Wholesale Vaping Supply." A copy of the Terms and Conditions from the wholesalevapingsupply.com website, attached hereto as **Exhibit 2**, explains that the "Wholesale Vaping Supply" website is operated by VTM.

4. Upon information and belief, Defendant AMV is also a North Carolina limited liability company maintaining its principal office in Mooresville, North Carolina. A true and correct copy of AMV's entity information from the online database of the North Carolina Department of State, dated April 8, 2022, is attached hereto as **Exhibit 3**. AMV is listed as the manager of VTM on VTM's entity information on the North Carolina Department of State online database. Ex. 2, p. 2.

5. Grant Heilman alleges that VTM copied a photograph in which Grant Heilman holds copyright and publicly displayed that photograph in order to advertise, market, and promote VTM's business activities.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501, *et seq*.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 USC §§ 1331 and 1338(a).

8. VTM and AMV are each subject to personal jurisdiction in North Carolina, and venue in this district is proper under 28 U.S.C. § 1400(a), because both VTM and AMV's primary places of business are in this district.

## THE WORK AT ISSUE

9. Grant Heilman owns the copyright to the photograph which is shown below and referred to herein as the "Registered Work"



10. Grant Heilman registered the Registered Work with the Register of Copyrights on August 22, 2008 and was assigned the registration number VA 1-643-931. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 4**. At all relevant times Grant Heilman was the owner of the Registered Work.

## VTM'S INFRINGEMENT

11. On a date after the Registered Work was registered with the Register of Copyrights, but prior to the filing of this action, VTM copied the Registered Work.

12. After VTM copied the Registered Work, it publicly displayed the Registered Work on the internet to promote the sale of VTM's goods and services. Attached hereto as **Exhibit 5** is a true and correct copy of the Registered Work displayed on the wholesalevapingsupply.com website.

13. Grant Heilman has never given either VTM or AMV permission or authority to copy or publicly display the Registered Work.

14. Grant Heilman notified VTM's manager, AMV, of the allegations set forth herein by email and U.S. Mail in March 2021, and again in April 2021.

15. Neither VTM nor AMV ever responded to those notices; however, the Registered Work was eventually removed from the wholesalevapingsupply.com website.

16. Grant Heilman has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## COUNT 1
## DIRECT COPYRIGHT INFRINGEMENT - DAMAGES

17. Grant Heilman incorporates the allegations of paragraphs 1-16 of this Complaint as if fully set forth herein.

18. Grant Heilman holds a valid copyright in the Registered Work.

19. Grant Heilman registered the Registered Work with the Register of Copyrights pursuant to U.S.C. § 411(a).

20. VTM subsequently copied and/or displayed the Registered Work at issue without Grant Heilman's authorization in violation of 17 U.S.C. § 106.

21. VTM performed the acts alleged in the course and scope of their business activities.

22. Despite repeated notice to Defendants of the infringement of the Registered Work, VTM persisted in publicly displaying the Registered Work on the wholesalevapingsupply.com website.

23. Accordingly, VTM's reproduction and public display of the Registered Work constitutes infringement pursuant to 17 U.S.C. § 504(c), and Grant Heilman is entitled to the greater of actual damages or statutory damages in an to be determined at trial, plus its costs and attorneys' fees pursuant to 17 U.S.C. §505.

## COUNT 2
## VICARIOUS AND/OR CONTRIBUTORY
## COPYRIGHT INFRINGEMENT - DAMAGES

24. Grant Heilman incorporates the allegations of paragraphs 1-23 of this Complaint as if fully set forth herein.

25. On information and belief, AMV, and certain officers, proprietors and/or agents of VTM (the Doe Defendants), and each of them, knowingly induced, participated in, aided and abetted, and resultantly profited from the illegal reproduction and/or public display of the Registered Work.

26. On information and belief, the Doe Defendants had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

27. By reason of the Doe Defendants' acts, Plaintiff is entitled to damages in an amount to be determined at trial.

28. Moreover, even after repeated notice of infringement, VTM persisted in publicly displaying the Registered Work on the wholesalevapingsupply.com website. As the Doe Defendants have the right and ability to supervise VTM's infringing conduct, have a direct financial interest in that infringing conduct, and have been notified of that infringing conduct, the Doe Defendants are liable for vicarious and/or contributory infringement, and Grant Heilman is entitled to the greater of actual damages or statutory damages in an amount to be determined at trial, plus its costs and attorneys' fees pursuant to 17 U.S.C. §505.

## PRAYER FOR RELIEF

WHEREFORE, Grant Heilman prays the Court award it the following relief:

1. Trial by jury as to all claims so triable;

2. That VTM, AMV and/or the Doe Defendants be required to pay Grant Heilman its actual damages and Defendants' collective profits attributable to the

infringement, or, at Grant Heilman's election, statutory damages, as provided in 17 U.S.C. § 504;

3. That Grant Heilman be awarded its reasonable attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505; and

4. That Grant Heilman be awarded such other and further relief as the Court deems just and proper.

This 14th day of June, 2022.

Respectfully,



s/ Bo Caudill
Bo Caudill
N.C. Bar No. 45104
bocaudill@villmercaudill.com
VILLMER CAUDILL, PLLC
P.O. Box 18186
Charlotte, NC 28218
Tel: (704) 216-8255
Fax: (704) 705-8191

PENDING ADMISSION PRO HAC VICE:

s/ Joshua Graubart
**LAW OFFICES OF JOSHUA GRAUBART, P.C.**
Joshua Graubart
55 Broad St, 18th Floor
New York, New York 10004
TEL: (212) 865-9848
FAX: (646) 661-4599
jggraubart@graubartlaw.com

*Attorneys for Plaintiff Grant Heilman Photography, Inc.*